## JOHN CONNELLY *versus* MICHAEL DOUSMAN

JOURNAL ENTRIES (1819–25): *Journal 2:* (1) Rule to bring body *p. 666; (2) special bail *p. 667. *Journal 3:* (3) Rule to plead, appearance *p. 158; (4) referred, continued *p. 186; (5) continuance rescinded, continued *p. 221; (6) death of plaintiff suggested *p. 271; (7) continued *p. 328; (8) continued *p. 390. *Journal 4:* (9) Abated MS p. 6.

PAPERS IN FILE: (1) Precipe for process; (2) capias and return; (3) declaration; (4) rule for bill of particulars; (5) bill of particulars; (6) plea of non assumpsit; (7) statement of account.

*Office Docket*, MS p. 77, c. 11. (Case 23 of 1820)

## CHARLES JAMES LANMAN *versus* MARY ANN LANMAN

JOURNAL ENTRIES (1819): *Journal 2:* (1) Discontinued, judgment *p. 667.
PAPERS IN FILE: [None]
*Office Docket*, MS p. 95, c. 43.

## PHILO L. MILLS AND BENJAMIN DeFOREST *versus* ZEPHANIAH W. BUNCE

JOURNAL ENTRIES (1819–20): *Journal 2:* (1) Rule to bring body *p. 667; (2) exception to special bail, justification, recognizance *p. 746; (3) rule to plead, continued *p. 746. *Journal 3:* (4) Cognovit, judgment *p. 80.
PAPERS IN FILE: [None]
*Office Docket*, MS p. 72, c. 4.